ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
Teledyne Scientific & Imaging, LLC ) ASBCA No. 61677
)
Under Contract No. HR0011-09-C-0060 *et al.* )

APPEARANCES FOR THE APPELLANT: Nicole J. Owren-Wiest, Esq.
Charles Baek, Esq.
Crowell & Moring LLP
Washington, DC

APPEARANCES FOR THE GOVERNMENT: Arthur M. Taylor, Esq.
DCMA Chief Trial Attorney
Srikanti Schaffner, Esq.
Trial Attorney
Defense Contract Management Agency
Carson, CA

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: July 30, 2019

RICHARD SHACKLEFORD
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61677, Appeal of Teledyne Scientific & Imaging, LLC, rendered in conformance with the Board's Charter.

Dated:

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals